UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JESSE M. COTE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C10-5791-MAT<br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before March 30, 2011; and

- Plaintiff shall file the Optional Reply Brief on or before April 13, 2011.

DATED this <u>1st</u> day of March, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1      ORDER - [C10-5791-MAT]

1

2  Presented By:

3  /s/ Richard A. Morris
   RICHARD A. MORRIS
4  Special Assistant U.S. Attorney
   Office of the General Counsel
5  Social Security Administration
   701 Fifth Avenue, Suite 2900 M/S 221A
6  Seattle, Washington 98104-7075
   Telephone:  (206) 615-2156
7  Fax:  (206) 615-2531
   rick.morris@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23